FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
BECERRA, LEOPOLDO,
Defendant.

Criminal Case No. 08CR2902-JAH

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony)

The United States Attorney charges:

On or about August 5, 2008, within the Southern District of California, defendant BECERRA LEOPOLDO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 77.00 kilograms (169.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 2, 2008 .

KAREN P. HEWITT
United States Attorney

[signature] for
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
9/2/08